IN THE UNTITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:          :          MISCELLANEOUS
                           :
WAYNE D. BOZEMAN           :          NO. 09-mc-0172

ANSWER TO RULE TO SHOW CAUSE

Wayne D. Bozeman, by his attorney, Barbara S. Rosenberg, Esquire, answers the Rule to Show Cause entered by this court on October 17, 2011, and states that he has no objection to the entry of an order imposing discipline identical to that imposed by Order of the Supreme Court of Pennsylvania dated October 3, 2011.

    s/ Barbara S. Rosenberg
Barbara S. Rosenberg
PA Attorney ID #18522
Law Office of Barbara S. Rosenberg
1060 First Avenue, Suite 400
King of Prussia, PA 19406
(phone) 610-964-1484

    October 26, 2011
Date